IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: February 26, 2015 |
| Court Reporter:     Gwen Daniel | Probation: Nicole Peterson |
| | Time: 90 minutes |

_____

| | |
|---|---|
| Criminal Action No.  13-cr-00306-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Eric Heimann |
|     Plaintiff, | |
| v. | |
| BRIAN MURRAY, | Miller Leonard |
|     Defendant. | |

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Heimann

Sentencing Statement by Mr. Leonard

The Court addresses the Government's objection to the probation officer's Amended Presentence Investigation Report which recommended that the defendant be given the benefit of a four-level decrease in the applicable offense level under § 2A6.1(b)(6).

1

Argument by Mr. Heimann

Argument by Mr. Leonard

Argument by Mr. Heimann

**ORDERED: The Government's objection to the four-level decrease in the applicable offense level under § 2A6.1(b)(6) is SUSTAINED**.

The Court addresses the Defendant's Objections to the Presentence Report [46].

**ORDERED: As to the Defendant's Objections to the Presentence Report [46], Objections 1 and 3 are OVERRULED given the Court's ruling on the Government's Objection with regard to the non-applicability of the four-level decrease in the offense level.**

**Objections 2 and 4 to the probation officer's alleged failure to consider a downward departure under § 5H1.3 given the defendant's substantial mental health issues are OVERRULED AS MOOT. The court will consider these issues under § 3553(a) when considering the defendant's Restricted Doc. No. [37].**

**The Court finds that the subject matter of defendant's Objections 5, 6 and 7 will not impact the sentence the court intends to impose, and will not consider these matters in sentencing. As a result, the Court concludes that no ruling on these objections is necessary pursuant to Rule 32 (i)(3)(B)**.

Court's comments regarding the Third Addendum to the Presentence Investigation Report

The Court address Restricted Doc No. [37].

Argument by Mr. Leonard

Argument by Mr. Heimann

Argument by Mr. Leonard

Colloquy between the Court and the defendant

**ORDERED: Restricted Doc No. [37] is GRANTED IN PART**.

Defendant's Allocution

| |
|---|
| Defendant plead guilty to the Indictment on May 7, 2014. |

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Brian Murray, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months, to run consecutive to the custodial sentence imposed in 13-cr-00058-CMA.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years, to be served concurrent with the period of supervision ordered in 13-cr-00058-CMA.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

    **1.** **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay**

|   |   |   |
|---|---|---|
|   |   | **the cost of treatment as directed by the probation officer.** |
|   | **2.** | **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.** |
|   | **3.** | **The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.** |
|   | **4.** | **The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by a United States Probation Officer. Failure to submit to search may be grounds for revocation of Supervised Release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.** |

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:30 pm.      Court in Recess
               Hearing concluded